■ Elnora Rhodie, Appellant, v New York City Housing Authority, Respondent.—Appeal from a judgment of the Supreme Court, Kings County (Jordan, J.), dated February 10, 1986, which denied an application pursuant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim upon the New York City Housing Authority.

Ordered that the judgment is affirmed, with costs, for rea-

sons stated by Justice Jordan at Special Term. Thompson, J. P., Lawrence, Weinstein and Rubin, JJ., concur.